ELIZABETH A. KAVANAGH, an Infant, by ROGER P. KAVANAGH, Her Guardian ad Litem, and ROGER P. KAVANAGH, Respondents, v. RODERICK M. MCNEILL and Others, Appellants.— Order granting a preference in a negligence action reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Nervous disorder of an injured person incident to the pendency of a negligence suit is common and ordinarily may not be the basis for a preference. Lazansky, P. J., Hagarty, Johnston and Adel, JJ., concur; Davis, J., dissents and votes to affirm on the ground that it was a matter of discretion with the justice at Special Term, who had knowledge of the calendar, to grant the motion.

EILEEN KERINS, HANNAH VOGEL, as General Guardian of BERTRAM VOGEL, an Infant, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— In an action brought to recover damages upon the rescission, for fraud, of a contract for the purchase and sale of two mortgage certificates, order advancing this cause to the Trial Term Day Calendar for a certain day reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon authority of *Albert* v. *Title Guarantee & Trust Co.* (*ante*, p. 503). Young, Carswell, Davis, Adel and Taylor, JJ., concur.